**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000583
24-MAR-2015
12:58 PM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---

NICOLETA JACOBY, Plaintiff-Appellee/Cross-Appellant, v.
BENNETT JACOBY, Defendant-Appellant/Cross-Appellee

NOS. CAAP-11-0000583 and CAAP-12-0000083
(CONSOLIDATED)

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 08-1-281K)

MARCH 24, 2015

NAKAMURA, CHIEF JUDGE, LEONARD and GINOZA, JJ.

ORDER OF CORRECTION
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court,
filed on December 31, 2014, is hereby corrected by inserting
"(Pollack, J., dissenting on other grounds)" on page 13, line 26,
after "(2014)" so that the line now reads as follows:

> (2014) (Pollack, J., dissenting on other grounds)
> (citations omitted).

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, March 24, 2015.

Associate Judge

2